17085. BUTTROM *v.* THE STATE.

LUKE, J. The evidence authorized the conviction of the defendant, and the conviction has the approval of the trial judge. The special grounds of the motion for a new trial are not complete, and present no assignment of error which can be considered by the court. The motion for a new trial, under the record here, was properly overruled.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Indictment for making and possessing liquor; from Douglas superior court—Judge Irwin. December 11, 1925.

*Smith & Millican,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 87, n. 44; p. 271, n. 41.